**LANE & NACH, P.C.**
2001 East Campbell Avenue
Suite 103
Phoenix, Arizona 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Stuart B. Rodgers – 025720
Email: stuart.rodgers@lane-nach.com

*Attorneys for Robert A. MacKenzie, Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| DAVID DEWAYNE THOMASON and DIANE MARIE THOMASON, | No. 2:24-bk-00455-DPC |
| | **NOTICE OF FRBP 2004 EXAMINATION AND CERTIFICATE OF SERVICE** |
| Debtors. | |

     YOU ARE HEREBY NOTIFIED that the examination of David Dewayne Thomason and Diane Marie Thomason will be taken pursuant to Fed.R.Bankr.P. 2004 telephonically on **April 24, 2024** at the hour of **10:00 a.m.** at the offices of Lane & Nach, P.C., 2001 East Campbell Avenue, Suite 103, Phoenix, AZ 85016. Counsel for the Debtors shall initiate a call to Trustee's attorney. 602-247-8590 PIN 223#.

     **YOU ARE FURTHER NOTIFIED** that the documents listed on Exhibit "A" to Order Requiring Production of Documents and Oral Examination ("Order") shall be produced to the undersigned counsel on or before **April 12, 2024**. A complete copy of the signed Order is attached hereto.

     DATED: March 20, 2024

                         **LANE & NACH, P.C.**

                         By: */s/ Stuart B. Rodgers*
                             Stuart B. Rodgers
                             *Attorneys for Trustee*

## **CERTIFICATE OF MAILING**

The undersigned hereby certifies that on March 20, 2024, a copy of the **NOTICE OF FRBP 2004 EXAMINATION** was served by depositing a copy of the same in the U.S. mail, in a postage prepaid envelope, addressed as follows:

David Dewayne Thomason and
Diane Marie Thomason
4201 N. 155th Drive
Goodyear, AZ 85395
Debtors

Thomas Adams McAvity
Phoenix Fresh Start Bankruptcy Attorneys
4131 Main Street
Skokie, IL 60076
Email: documents@phxfreshstart.com
Attorney for Debtors

By: /s/ Aimee Bourassa

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

DAVID DEWAYNE THOMASON and
DIANE MARIE THOMASON,

Debtors.

(Chapter 7 Case)

No. 2:24-bk-00455-DPC

**ORDER GRANTING TRUSTEE'S
APPLICATION FOR PRODUCTION OF
DOCUMENTS AND ORAL
EXAMINATION PURSUANT TO
F.R.B.P. 2004 (TELEPHONIC)**

This Court having considered the *Application For Production of Documents and Oral Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004* ("**Application**") filed by Robert A. MacKenzie, Trustee and good cause having been established,

**IT IS HEREBY ORDERED** that David Dewayne Thomason and Diane Marie Thomason ("**Debtor**") shall produce the documents detailed in Exhibit "A" attached hereto, to Trustee's attorneys, Lane & Nach, P.C., 2001 East Campbell, Suite 103, Phoenix, Arizona, and shall submit to an oral examination under oath, telephonically on a date and time agreeable to the parties or, if upon notice, after not less than 28 days' notice.

**IT IS FURTHER ORDERED** approving Trustee's calculation for compliance with FRBP 2004(e) as set forth in Trustee's Application.

**IT IS FURTHER ORDERED** that Robert A. MacKenzie, Trustee shall promptly serve this Order on Debtors and their attorneys and file a certificate of service therefor.

### DATED AND SIGNED ABOVE

1.    Provide an accounting of all distributions that the Debtors, or either Debtor invidually, have received any trusts within the past two yearts (such request includes, but is not limited to, the Gail I. Thomason Revocable Living Trust, the Dewayne Thomason Revocable Living Trust, and The Gail I. Thomason Family Trust). Such accounting shall include the dates of the distributions, the amounts of the distributions and documentation evidencing where the funds were deposited.

2.    If either Gail I Thomason or Bual Dewayne Thomason have deceased, provide the date of death. If either (or both) are still living, provide their address.

3.    Copies of all personal income tax returns (federal and state) for the 2023 income tax year.

4.    Copies of any and all financial statements prepared by you or on your behalf, from and after for the two year period prior to the commencement of this case, including but not necessarily limited to those prepared for submission to lending institutions.

5.    All titles, bills of sale or contracts of sale upon personal property for automobiles, boats, motorcycles, ATVs or aircraft belonging to you or in which you have had any interest whatsoever either alone or jointly with any other person or persons for the two year period prior to the Petition Date.

6.    Copies of the following pertaining to interests in real property in which you have or ever had a legal or beneficial interest at any time, from and after the two year period prior to the commencement of this case through the date of this Order.

        (a)    Deeds;
        (b)    Contracts for the purchase or sale of real property;
        (c)    Escrow instructions; and
        (d)    Agreements for sale.

7.    Copies of the original policy itself, or the following information for all life insurance policies owned by you:

        (a)    Name of insurance company;
        (b)    Face amount of policy;
        (c)    Cash surrender value;
        (d)    Premiums;
        (e)    Beneficiaries; and
        (f)    Outstanding loans and balances.

8.    Copies of all canceled checks, monthly bank statements and check registers on any and all investment, savings and checking accounts in your name alone or in connection with anyone else, including business accounts, for the one year period prior to the commencement of this case through the date of this Order.

9.    Provide an accounting of all "family support" you've received in the one year period prior to the Petition Date. Such accounting should include the dates the funds were advanced and the amounts of such support.

10.    Provide a transaction summary for any crypto currency transactions and/or statements from any cryptocurrency wallets and/or platforms. This request is for the one year period

1  prior to the commencement of this case through the date of this Order.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28